# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dalzell, Stewart | U.S. District Court | 10/11/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

15613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Secretary of the Vestry | Saint Mark's Church, Philadelphia, PA |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 10/11/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | ▓▓▓▓▓▓▓▓ - Teaching Fees |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dalzell, Stewart** | 10/11/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 10/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cape Cod Five Cent Savings | A | Interest | J | T | | | | | |
| 2. JP Morgan Fed. Fund | A | Interest | J | T | | | | | |
| 3. PNC Bank | A | Interest | J | T | | | | | |
| 4. BRE Properties, Inc. | B | Dividend | | | Sold | 12/18/12 | K | E | sale on NYSE |
| 5. Vangaurd PA Tax Free Money Fund | A | Dividend | J | T | | | | | |
| 6. Prime Fund-Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 7. Pepsico | A | Dividend | K | T | Sold (part) | 02/15/12 | J | B | partial sale on NYSE |
| 8. Merck & Co. | B | Dividend | K | T | | | | | |
| 9. Cisco System Notes | A | Interest | K | T | | | | | |
| 10. General Electric Capital Notes | A | Interest | K | T | | | | | |
| 11. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 12. Bank America Notes | A | Interest | | | Redeemed | 06/15/12 | J | A | redemption |
| 13. General Electric Cap. Notes | A | Interest | K | T | | | | | |
| 14. Exxon Mobil | A | Dividend | K | T | | | | | |
| 15. Waste Management | A | Dividend | K | T | Buy (add'l) | 04/25/12 | J | | buy add'l on NYSE |
| 16. Chevron | B | Dividend | L | T | Sold (part) | 04/25/12 | J | D | partial sale on NYSE |
| 17. Johnson & Johnson | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 10/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. General Mills | A | Dividend | J | T | | | | | |
| 19. Sand Ridge Energy | | None | J | T | | | | | |
| 20. Waste Management | A | Dividend | K | T | Buy | 12/18/12 | K | | buy on NYSE |
| 21. Intel | A | Dividend | K | T | Sold (part) | 08/28/12 | J | A | partial sale on NASDAQ |
| 22. AT&T | B | Dividend | K | T | Buy (add'l) | 07/03/12 | J | | buy on NYSE |
| 23. McDonalds Corp. | A | Dividend | K | T | Sold (part) | 03/13/12 | J | A | partial sale on NYSE |
| 24. Powershares ETF | B | Dividend | K | T | Buy (add'l) | 07/12/12 | J | | buy on NASDAQ |
| 25. Dominion Resources | B | Dividend | K | T | | | | | |
| 26. Northern Trust Corp. | A | Interest | J | T | | | | | |
| 27. Diageo PLC. | A | Dividend | J | T | | | | | |
| 28. Chubb Corp. | A | Dividend | J | T | Buy (add'l) | 04/25/12 | J | | buy add'l on NYSE |
| 29. Windstream | B | Dividend | K | T | | | | | |
| 30. Vanguard Total Bond ETF | A | Interest | K | T | Buy (add'l) | 04/25/12 | J | | buy on NASDAQ |
| 31. Conoco Phillips | A | Dividend | K | T | | | | | |
| 32. Int'l Business Machines | A | Dividend | K | T | Sold (part) | 03/13/12 | J | C | partial sale on NYSE |
| 33. Freeport-MacMoran | A | Dividend | J | T | Buy | 06/13/12 | J | | buy on NYSE |
| 34. Fed. Home Loan Bank Bonds | A | Interest | | | Redeemed | 04/20/12 | J | | redeemed |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 10/11/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Federal Farm Credit Bank Notes | A | Interest | J | T | | | | | |
| 36. Phillips 66 (see line 39) | | None | | | Spinoff (from line 31) | 05/01/12 | J | | spin-off from Conoco |
| 37. Southwestern Bell Tel. Bonds | A | Interest | J | T | | | | | |
| 38. Fairfax Financial Holdings | A | Dividend | K | T | | | | | |
| 39. Phillips 66 | | None | | | Sold | 05/30/12 | J | B | sale on NYSE |
| 40. Henderson Global Equity | A | Dividend | J | T | | | | | |
| 41. Plum Creek Timber | A | Dividend | K | T | Buy (add'l) | 04/25/12 | J | | buy add'l on NYSE |
| 42. Hewlett-Packard | A | Dividend | J | T | | | | | |
| 43. Preferred Apt. Communities | B | Dividend | J | T | | | | | |
| 44. Petroleo-Brasileiro | A | Dividend | J | T | Buy | 06/13/12 | J | | buy ADRs on NYSE |
| 45. Hercules Technology Growth | A | Dividend | J | T | Buy | 02/10/12 | J | | buy on NASDAQ |
| 46. 3M Co. | A | Dividend | J | T | | | | | |
| 47. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 48. DuPont | A | Dividend | J | T | Buy (add'l) | 04/25/12 | J | | buy add'l on NYSE |
| 49. National Fuel Gas | A | Dividend | J | T | Sold (part) | 02/15/12 | J | A | sale on NYSE |
| 50. Kraft Foods Group, Inc. | A | Dividend | J | T | Buy | 12/18/12 | K | | buy on NASDAQ |
| 51. iShares Barclays Agg. Bond Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 10/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Kraft Foods Group, Inc. | A | Dividend | J | T | Spinoff (from line 50) | 10/02/12 | J | | spin-off from Kraft |
| 53. Emerson Elec. Co. | A | Dividend | K | T | Buy | 08/10/12 | J | | buy add'l on NYSE |
| 54. Mondelez Int'l, Inc. | A | Dividend | K | T | Spinoff (from line 50) | 10/15/12 | J | | spin-off from Kraft |
| 55. DuPont | A | Dividend | J | T | | | | | |
| 56. National Fuel Gas | A | Dividend | J | T | | | | | |
| 57. Chesapeake Energy | A | Dividend | | | Sold | 05/17/12 | J | A | sale on NYSE |
| 58. Simon Properties Group | A | Dividend | K | T | | | | | |
| 59. Emerson Elec. Co. | A | Dividend | J | T | | | | | |
| 60. Vanguard Short-Term Corporate Bonds | A | Int./Div. | J | T | Sold (part) | 07/25/12 | K | A | partial sale on NASDAQ |
| 61. Caterpillar Financial Notes | A | Interest | | | Matured | 12/17/12 | K | A | matured |
| 62. Emerson Elec. Co. | A | Dividend | K | T | Buy | 06/13/12 | J | | buy add'l on NYSE |
| 63. SEI Daily Income Trust | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dalzell, Stewart | 10/11/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

With respect to the disclosures in lines 36 and 39 of Part VII, notwithstanding the auto audit's view regarding line 36, line 39 discloses that the entire spin-off of Phillips 66 was disposed of on May 30, 2012 on the New York Stock Exchange. Thus, there was no "gross value at end of reporting period" to be supplied in C(1) and C(2), and thus the auto audit errs.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stewart Dalzell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544